```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

JOHN BARRETT                                              PETITIONER

VS.                              CIVIL ACTION NO. 4:04CV172TSL-JCS

STATE OF MISSISSIPPI, ET AL.                             RESPONDENTS

<u>JUDGMENT</u>

Pursuant to the order entered this day adopting the magistrate judge's March 2, 2007 report and recommendation, recommending dismissal of this action, it is hereby ORDERED AND ADJUDGED that the § 2254 motion of John Barrett be dismissed with prejudice.

SO ORDERED AND ADJUDGED this 24th day of April, 2007.


                                   <u>/s/Tom S. Lee</u>
                                   UNITED STATES DISTRICT JUDGE