IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOHN BARRETT                                                                          PETITIONER

VS.                                                          CIVIL ACTION NO.  4:04CV172TSL-LRA

STATE OF MISSISSIPPI, ET AL                                                      RESPONDENTS

## ORDER

Pursuant to the Fifth Circuit's October 2, 2007 order in Barrett's appeal of this court' denial of his § 2254 petition, it is hereby ordered that the Respondent[1] provide to the court, on or before November 23, 2007, copies of the prison logs which demonstrate the date on which Barrett submitted to the prison mail system both his motion for reconsideration and his notice of appeal from the order denying the motion for reconsideration.

SO ORDERED, this the 23rd day of October, 2007.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE

---

[1] In the interest of expediency and accuracy, the court has chosen to place this burden

on the respondent.