IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 07-60554

JOHN W BARRETT

    Petitioner - Appellant

v.

STATE OF MISSISSIPPI

    Respondent - Appellee



---

Appeal from the United States District Court for the
Southern District of Mississippi, Jackson

---

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:

A member of this panel previously denied appellant's motion for certificate of appealability. The panel has considered appellant's petition for panel rehearing as a motion for reconsideration. IT IS ORDERED that the motion is *denied*.

MOT-29