IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 0 1 2009
J.T. NOBLIN, CLERK
BY_____ DEPUTY

No. 07-60554

U.S. COURT OF APPEALS
FILED
MAR 2 4 2009
CHARLES R. FULBRUGE III
CLERK

JOHN W BARRETT

    Petitioner - Appellant

v.

STATE OF MISSISSIPPI

    Respondent - Appellee

Appeal from the United States District Court for the
Southern District of Mississippi at Jackson

ON PETITION FOR REHEARING EN BANC

Before    KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:

(X)    No member of the panel nor judge in regular active service of the court having requested that the court be polled on Rehearing En Banc (FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

( )    The court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor (FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

ENTERED FOR THE COURT:

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana
MAR 2 4 2009

_Carolyn Dineen King_
United States Circuit Judge